SECOND DEPARTMENT, JANUARY, 2002

(January 8, 2002)

■ THE PEOPLE OF THE STATE OF NEW YORK ex rel. THEODORE W. ROBINSON, on Behalf of JOHN NUZZI, JR., Petitioner, v PATRICK MAHONEY, Respondent. [736 NYS2d 599] —Writ of habeas corpus in the nature of an application to reduce bail upon Suffolk County Family Court Docket Nos. N1877-01 and N1878-01.

Adjudged that the writ is sustained, without costs or disbursements, to the extent of reducing bail on Suffolk County Family Court Docket Nos. N1877-01 and N1878-01 to the sum of $10,000, which may be posted in the form of an insurance company bail bond in that sum or by depositing the same sum as a cash bail alternative. Bail in the sum of $75,000 which was set by the Suffolk County Court in the case of *People v Nuzzi*, pending under Suffolk County Indictment No. 2444/01, is not reduced or affected by this decision. Smith, J.P., Krausman, Schmidt and Cozier, JJ., concur.